IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-00080-REB-KMT

CHRIS TOWNSEND,

      Plaintiff,

v.

NORTHSTAR LOCATION SERVICES, LLC, a New York limited liability company,

      Defendant.

## NOTICE OF SETTLEMENT

COMES NOW the parties by and through their attorneys of record and for their Notice of Settlement and hereby state as follows:

1. The Plaintiff and the Defendant have reached a settlement.

2. The parties will be filing a Stipulation of Dismissal with Prejudice with each party to pay its own attorney's fees and costs once the Plaintiff has received the settlement funds and the settlement documents have been executed by the parties and delivered to counsel. The parties expect this to happen by April 15, 2009.

Dated: April 9, 2009.

Respectfully submitted,

| | |
|---|---|
| s/ David M. Larson | s/ Claire E. Munger |
| _____ | _____ |
| David M. Larson, Esq. | Claire E. Munger, Esq. |
| 405 S. Cascade Ave., Suite 305 | Senter, Goldfarb & Rice, LLC |
| Colorado Springs, Colorado 80903 | 1700 Broadway, Suite 1700 |
| Telephone: (719) 473-0006 | Denver, CO 80290 |
| Attorney for Plaintiff | Telephone: (303) 320-0509 |
| | Attorneys for Defendant |