**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 09-cv-00080-REB-KMT

CHRIS TOWNSEND,

     Plaintiff,

v.

NORTHSTAR LOCATION SERVICES, LLC, a New York limited liability company,

     Defendant.

## ORDER OF DISMISSAL

**Blackburn, J.**

The matter before me is the **Stipulation of Dismissal With Prejudice** [#11] filed April 21, 2009. After careful review of the stipulation and the file, I conclude that the stipulation should be approved and that this action should be dismissed with prejudice.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Stipulation of Dismissal With Prejudice** [#11] filed April 21, 2009, is **APPROVED**; and

2. That this action is **DISMISSED WITH PREJUDICE** with the parties to pay their own attorney fees and costs.

Dated April 21, 2009, at Denver, Colorado.

                                               BY THE COURT:

                                               */s/ Robert E. Blackburn*
                                               Robert E. Blackburn
                                               United States District Judge